**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1445 |
| Plaintiff, | |
| v. | |
| | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

---

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Plaintiff AF Holdings LLC does not have a parent corporation. No publicly held company owns 10% or more of Plaintiff's stock.

Respectfully submitted,

AF Holdings LLC

DATED: June 18, 2012

By:   s/ Michael K. Dugas
     Michael K. Dugas
     Bar No. 0392158
     Attorney for AF Holdings LLC
     Alpha Law Firm LLC
     900 IDS Center
     80 South 8th Street
     Minneapolis, MN 55402
     Telephone: (415) 325 – 5900
     mkdugas@wefightpiracy.com