## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

AF HOLDINGS LLC,

      Plaintiff,

v.

JOHN DOE,

      Defendant.

CASE NO. 12-cv-1445

Judge: Hon. Joan N. Ericksen

Magistrate Judge: Hon. Franklin L. Noel

## PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
## PRIOR TO THE RULE 26(f) CONFERENCE

Plaintiff, through its undersigned counsel, hereby moves this Court *ex parte* for an Order granting limited discovery prior to the Rule 26(f) Conference. This motion is based upon the case record, attached memorandum and authorities cited therein, and the attached Declaration of Peter Hansmeier. Plaintiff seeks to issue a subpoena pursuant to Fed. R. Civ. P. 45 in order to identify John Doe. The subpoena shall be limited to the following categories of information from the relevant Internet Service Provider:

      Name, current (and permanent) address, telephone number, e-mail

      address, and Media Access Control address.

Any information disclosed to the Plaintiff in response to a Rule 45 subpoena will be used by the Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in its Complaint. For all the reasons articulated in the attached memorandum, Plaintiff respectfully asks the Court to grant this motion and enter an Order substantially in the form of the attached Proposed Order.

Respectfully submitted,

AF Holdings LLC

DATED: June 19, 2012

By:     s/ Michael K. Dugas
        Michael K. Dugas
        Bar No. 0392158
        Attorney for AF Holdings LLC
        Alpha Law Firm LLC
        900 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402
        Telephone: (415) 325 – 5900
        mkdugas@wefightpiracy.com