UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF Holdings LLC, | Civil Nos.   12-1445 (JNE/FLN) |
| | 12-1446 |
| Plaintiff, | 12-1447 |
| | 12-1448 |
| | 12-1449 |
| v. | **ORDER** |
| John Doe | |
| Defendant. | |

**THIS MATTER** came before the undersigned United States Magistrate Judge on Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference (ECF No. 3). It is **HEREBY ORDERED** that the motion is **DENIED**. [#3] *See Hard Drive Prods., Inc. v. Does 1-90*, 2012 WL 1094653 at *2-5 (N.D.Cal. Mar. 30, 2012) (denying motion for expedited discovery as to ISP subscriber information after finding, among other things, that: [1] the requested discovery was "not very likely" to reveal the identity of the alleged infringer; [2] personal jurisdiction may not exist over the alleged infringer; and [3] the pornographic copyright holder's activities in pursuit of settlement agreements may constitute an "abuse of the judicial system").

DATED: July 3 , 2012         *s/ Franklin L. Noel*
                             FRANKLIN L. NOEL
                             United States Magistrate Judge