UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| | Judge: Hon. Joan N. Ericksen |
| v. | |
| | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff AF Holdings LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses with prejudice all causes of action in the complaint against the John Doe Defendant. The respective John Doe Defendant has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

AF Holdings LLC

DATED: September 19, 2012

By:     s/ Michael K. Dugas
         Michael K. Dugas
         Bar No. 0392158
         Attorney for AF Holdings LLC
         Alpha Law Firm LLC
         900 IDS Center
         80 South 8th Street
         Minneapolis, MN 55402
         Telephone: (415) 325 – 5900
         mkdugas@wefightpiracy.com