**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | **PLACEHOLDER FOR THE DECLARATION OF MICHAEL DUGAS (FILED UNDER SEAL)** |
| Defendant. | |

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**Declaration of Michael Dugas**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_)

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 15MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal pursuant to a court order (ECF No. 13)

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_)

\_\_\_ Other (description):