## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE NO. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

Because Plaintiff is currently the only party to this action, there are no other parties that Plaintiff can serve a copy of the Declaration of Michael Dugas (Filed Under Seal).

/s/ Michael K. Dugas