UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Holdings LLC                                          Civil No. 12-1445 (JNE/FLN)

       Plaintiff,

       v.                                              **ORDER**

John Doe

       Defendant.

---

Michael K. Dugas for the plaintiff AF Holdings LLC.
Mark Santi for the defendant John Doe.

---

By order dated June 20, 2013, the Court reopened this case for the purpose of determining whether the plaintiff committed a fraud on the court. Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.4, a case-management conference in the above-captioned matter will be held on August 5, 2013 at 11:00 a.m. before the undersigned in chambers at Suite 9W, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota. It is **HEREBY ORDERED** that:

1. Mr. Michael K. Dugas, an officer of the plaintiff AF Holdings LLC, an officer of Prenda Law, Inc.,[1] Mr. Mark Santi, and the defendant John Doe shall appear at the conference.

2. Within three days of the date of this order, Mr. Michael K. Dugas shall file a declaration in which he declares under penalty of perjury that the individuals identified in paragraph 1 have been served with a copy of this order.

DATED: July 15, 2013.                              *s/ Franklin L. Noel*
                                                                        FRANKLIN L. NOEL
                                                                        United States Magistrate Judge

---

[1] The "confidential release and settlement agreement", filed under seal, required the defendant to send a settlement check to "Prenda Law, Inc."