## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## DECLARATION OF MICHAEL DUGAS

I, Michael K. Dugas, declare as follows:

1. I certify that a copy of the Court's Order of July 16, 2013 was served on Mark Lutz (an officer of AF Holdings LLC), Paul Duffy (an officer of Prenda Law, Inc.), and attorney Mark Santi.

2. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true.  If called upon to testify, I can and will competently testify as set forth above.


**DATED:  July 18, 2013**            By:         /s/ Michael K. Dugas