UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| | 12-cv-1446 (JNE/FLN) |
| Plaintiff, | 12-cv-1447 (JNE/FLN) |
| | 12-cv-1448 (JNE/FLN) |
| v. | 12-cv-1449 (JNE/FLN) |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby notify the Court that Plaintiff AF Holdings LLC has retained attorney Paul Hansmeier to substitute as counsel for attorney Michael Dugas. Paul Hansmeier hereby enters his appearance on behalf of Plaintiff and Michael Dugas hereby withdraws from the case.

Respectfully submitted,

DATED: July 29, 2013     By:     /s/ Paul Hansmeier
                                  Paul R. Hansmeier (MN Bar #387795)
                                  CLASS ACTION JUSTICE INSTITUTE, LLC
                                  40 South 7th Street
                                  Suite 212-313
                                  Minneapolis, MN 55402
                                  Telephone: (612) 234-5744
                                  mail@classjustice.org
                                  *Attorney for Plaintiff*

DATED: July 29, 2013     By:     s/ Michael K. Dugas
                                  Michael K. Dugas
                                  Bar No. 0392158
                                  1314 Marquette Ave.
                                  Minneapolis, MN 55403