**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| | 12-cv-1446 (JNE/FLN) |
| Plaintiff, | 12-cv-1447 (JNE/FLN) |
| | 12-cv-1448 (JNE/FLN) |
| v. | 12-cv-1449 (JNE/FLN) |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

## OBJECTIONS OF AF HOLDINGS, LLC TO THE MAGISTRATE JUDGE'S JULY 15, 2013 ORDERS

AF Holdings, LLC, respectfully objects to the orders entered by the Magistrate Judge in the above-captioned cases on July 15, 2013. The reasons why this Court should sustain AF Holdings' objections are: (1) the Magistrate Judge lacks the Constitutional and statutory authority to *sua sponte* reopen a case; (2) even if the Magistrate Judge possessed such authority, he has not properly exercised it here—a proceeding under Fed. R. Civ. P. 11 may only be initiated via a show-cause order (and none was issued here) and Fed. R. Civ. P. 60 may only be invoked by a district court after notice and an opportunity to be heard (and none was provided here); (3) a case voluntarily dismissed under Fed. R. Civ. P. 41(a)(1) may not be reopened under Fed. R. Civ. P. 60, *White v. Nat'l Football League*, 2013 WL 656682 at *3 (D. Minn. Feb. 22, 2013) (adopting the reasoning of two unreported Eight Circuit cases holding that a notice of voluntary dismissal under Rule 41(a)(1) is not a "final judgment, order, or proceeding" that may be subject to Rule 60(b) relief); and (4) for the reasons set forth in Paul Duffy's forthcoming

objections and memorandum of law in support thereof, the Alan Cooper repudiation lacks credibility and—due, *inter alia*, to the nature in which Mr. Cooper was recruited by his attorney, Paul Godfread, to attack Plaintiff in cases nationwide—bears indicia of fraud on the Court.

Respectfully submitted,

DATED: July 29, 2013       By:        /s/ Paul Hansmeier
                                        Paul R. Hansmeier (MN Bar #387795)
                                        CLASS ACTION JUSTICE INSTITUTE, LLC
                                        40 South 7th Street
                                        Suite 212-313
                                        Minneapolis, MN 55402
                                        Telephone: (612) 234-5744
                                        mail@classjustice.org
                                        *Attorney for Plaintiff*