# EXHIBIT C

I, Brent Berry, being duly sworn, depose and state:

1. I am over the age of eighteen, suffer no legal disabilities, have personal knowledge of the facts set forth below, and am competent to testify.

2. I am a resident of Andover, MN.

3. I have known Alan Cooper ("Alan") since 2006.

4. I consider myself a close confidant of Alan's and have assisted him in various personal matters over the years.

5. I introduced Alan to Mr. Steele and brokered the arrangement whereby Alan could live at Mr. Steele's property for free in exchange for basic caretaking services.

6. I have had many occasions to see Alan and interact with him since the time he became a caretaker at Mr. Steele's cabin property in McGrath, Minnesota. Alan lived in the guest cabin about 100 yards from Mr. Steele's main cabin.

7. During the first few years of observing of Alan, I would say he appeared to behave pretty responsibly towards Mr. Steele's property.

8. On several dates, I had occasion to be present when Mr. Steele and Alan would speak about various matters. Normally this occurred while we were sitting around campfire located between the two cabins.

9. Alan and Mr. Steele seemed to have a very good realtionship and Alan would routinely ask John how he wished he could help Mr. Steele for all the things Mr. Steele did for Alan, such as allowing him to live on the property for free.

10. It was clear from their conversations and references to Mr. Steele's legal work that Alan was involved working with Mr. Steele. Alan did not seem upset about this relationship, and in fact often made jokes about not having to worry about ever buying beer again due to his assisting Mr. Steele.

11. I remember Mr. Steele at various times asking Alan to assist him with certain paperwork and I never saw Alan objecting to this assistance.

12. On at least one occasion, I recall Alan asking John, "How's my porn company doing?"

13. Beginning in late 2011, Alan began exhibiting unusual behavior on various occasions when I was visiting the property. Alan began acting erratic, frequently threatening to hurt others.

14. On several occasions, Alan bragged that "If I pissed him off, they would never find my body, just like the others"

15. Due to Alan's strange behavior, I began to minimize my contacts with him unless others were around. Although I still consider Alan a very good person and a friend to this day, on some days he acted like a completely different person and extremely agitated. I later found out from Alan that the days he had acted very unusual were the ones in which he had not taken certain antipsychotic medication his doctor had prescribed.