16  I was hired by John Steele to sell his log home at auction in the summer of 2012. The auction was to be held September 29, 2012.

17  During the summer I had to enter Mr. Steele's property frequently to allow access to handymen and prospective buyers. Alan was still living in the guest cabin at that time.

18  Almost immediately I became aware that Alan's mental state had further deteriorated and I felt very uncomfortable to be alone around him.

19  On approximately August 13th of 2012, I went to Mr. Steele's property to prepare it for a potential buyer. My girlfriend was with me on this trip. Alan came out of his cabin and was clearly in an extremely agitated state. Before I could even speak with him, he began threatening to hurt me. Due to the manner in which made the threats were made, his comments about past violence, I felt in fear for my life.

20  I immediately called John Steele and told him what happened and that I could not show the property under these conditions. I contacted the Aitkin County police department to report what had happened. Due to Mr. Steele's request, I did not follow through with filing charges.

21  Alan has sent me a variety of bizarre text messages, accurate copies of which are attached in Exhibit A hereto. In these text messages, Alan threatened to shoot me, indicated that he was removing wood from Mr. Steele's property, explained that he had some mental disorder(s), and apologized for his bizarre behavior.

22  Although Alan requested in his texts that I go to his doctor that was treating him for his mental illness.

23  Alan indicated that if I entered the property he would shoot me. Although Alan stated he would only shoot me in the foot, I felt out of an abundance of caution not to trust his assurance that he would only shoot me in a non-critical part of my body.

24  Regrettably I have not had much interaction with Mr. Cooper in the past few months and am concerned that he is not getting the medical treatment that he himself has stated he needs in various conversations and texts.

_____
Brent Berry

STATE OF MINNESOTA
                        ss.
COUNTY OF Aitkin

The foregoing instrument was acknowledged before me this 15th day of February, 2013.

NOTARIAL STAMP OR SEAL (OR OTHER TITLE OR RANK)

_____
SIGNATURE OF NOTARY OR AUTHORIZED OFFICIAL

My Commission Expires: 1-31-15

JUNE A. FLIER
NOTARY PUBLIC-MINNESOTA
My Comm. Exp. Jan. 31, 2015

2



> I will. And thank u 4 shits sake at least. I am sorry 4 being messed up in the head. I know how I think is not right. I want 2 be a non messed up person. And don't worry about having 2 many. Its not easy 2 deal with a crazy person. U we

Sep 6, 2012 11:00 PM

> Ur a good guy Alan! U know it. But things have changed to say the least. I will do what I can for u and shi. I think u know I care about people

> Yes u do care about every



better person 4 shi and my life. Please think about the doctor thing. U'll at lest be honest with him. Mabe I'll get the right drug this time.

Sep 6, 2012 10:48 PM

Hey it's takes a lot to come clean and I'm sorry for having to carry that one night can tommy...

I will. And thank u 4 shi's sake. I am sorry 4 being fucked up in the head. I think is not right...







7