CASE 0:12-cv-01445-JNE-FLN   Document 19-4   Filed 07/29/13   Page 1 of 6
Case 2:12-cv-02144-JCM-GWF   Document 10-3   Filed 05/29/13   Page 7 of 814   Page ID
#:2392



Case 2:12-cv-02383-JPM-JGM   Document 105-3   Filed 04/08/13   Page 10 of 17   Page ID #:2393





CASE 0:12-cv-01445-JNE-FLN   Document 19-4   Filed 07/29/13   Page 4 of 6
Case 2:Case 2:12-cv-01445 GMS Document 19-3 Filed 04/05/2013 Page 11 of 14 Page ID
#:2395



Case 2:Case-28233-02144JGMScoDocumentd0653-3Filed04/052913Page2of of014Page ID
#:2396



Yes u do care about every
one u meat. All I as if u would.
Meat me at my doctors office
and be honest about how I
change moods so fast. Not
shure when that will work 4
bouth of us but I want U 2
TELL MY DOC THE TRUTH
HOW I AM  Sucks being
fucked up. Sucks even more
knowing iam fucked up. I just
need some body that knows
me 2 tell him what they see.
Thank u 4 talking 2 me
agiang. And I never ment u
any harm. That's 1 thing I
won't aiow or let my set do
any more. Just had 2 blow of
stuoid steem. Don't want 2 do

Case 2:Case 2:12-cv-01445-GMS Document 853-3 Filed 04/05/13 Page 31 of 614 Page ID #:2397

