**July 30, 2013**

**Via ECF**

The Honorable Franklin L. Noel
United States District Court
U.S. Courthouse, Suite 9W
300 South Fourth Street
Minneapolis, MN 55415

     Re: AF Holdings LLC v. John Doe, No. 0:12-cv-1445-JNE-FLN

Dear Judge Noel:

     The undersigned counsel, Michael Dugas, respectfully requests that his presence be excused at the August 5th case management conference set for this matter. On July 16, 2013, the Court ordered the undersigned counsel to attend a case management conference on August 5, 2013. The undersigned counsel has withdrawn as attorney for Plaintiff in this matter, and attorney Paul Hansmeier has entered an appearance and substituted in his place. The undersigned counsel no longer represents Plaintiff in this or any other matter. Plaintiff's current counsel, attorney Paul Hansmeier, will attend the case management conference and will represent Plaintiff at that conference. As a result, the undersigned counsel respectfully requests that he be excused from the case management conference in this matter.

                                          Sincerely,

                                          *Michael Dugas*

                                          Michael Dugas