**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
U.S. COURTHOUSE, SUITE 9W
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

**Franklin L. Noel**
**U. S. MAGISTRATE JUDGE**                                                                 612-664-5110

July 31, 2013

Michael Dugas
1314 Marquette Ave.
Minneapolis, MN 55403

    **Re:**    **AF Holdings LLC v. John Doe, 12-cv-1445 (JNE/FLN)**
          **AF Holdings LLC v. John Doe, 12-cv-1446 (JNE/FLN)**
          **AF Holdings LLC v. John Doe, 12-cv-1447 (JNE/FLN)**
          **AF Holdings LLC v. John Doe, 12-cv-1448 (JNE/FLN)**
          **AF Holdings LLC v. Roeum Hean, 12-cv-1449 (JNE/FLN)**

Dear Mr. Dugas,

    I am in receipt of your letter dated July 30, 2013.  Your request to be excused from the case management conference is denied.

                                              Sincerely,

                                              *s/ Franklin L. Noel*
                                              Franklin L. Noel
                                              United States Magistrate Judge