**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
U.S. COURTHOUSE, SUITE 9W
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

**Franklin L. Noel**
**U. S. MAGISTRATE JUDGE**                                                                 612-664-5110

July 31, 2013

Mark C. Santi
Thompson Hall Santi Cerny & Dooley
901 Marquette Avenue
Suite 1675
Minneapolis, MN 55402

    **Re:**    **AF Holdings LLC v. John Doe, 12-cv-1445 (JNE/FLN)**
            **AF Holdings LLC v. John Doe, 12-cv-1448 (JNE/FLN)**

Dear Mr. Santi,

    I am in receipt of your letter dated July 29, 2013.  Your clients' request to be excused from the case management conference is denied.

                                                          Sincerely,

                                                      *s/ Franklin L. Noel*
                                                      Franklin L. Noel
                                                      United States Magistrate Judge