**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
U.S. COURTHOUSE, SUITE 9W
300 SOUTH FOURTH STREET
MINNEAPOLIS, MINNESOTA 55415

**Franklin L. Noel**
**U. S. MAGISTRATE JUDGE**                                                                                       612-664-5110

August 1, 2013

Paul Godfread
Godfread Law Firm, P.C.
100 South Fifth Street
Suite 1900
Minneapolis, MN 55402

    **Re:**    **AF Holdings LLC v. John Doe, 12-cv-1445 (JNE/FLN)**
            **AF Holdings LLC v. John Doe, 12-cv-1446 (JNE/FLN)**
            **AF Holdings LLC v. John Doe, 12-cv-1447 (JNE/FLN)**
            **AF Holdings LLC v. John Doe, 12-cv-1448 (JNE/FLN)**
            **AF Holdings LLC v. Roeum Hean, 12-cv-1449 (JNE/FLN)**

Dear Mr. Godfread,

    I am in receipt of your letter dated August 1, 2013. Your request to appear at the case management conference is granted.

                                                                             Sincerely,

                                                                             *s/ Franklin L. Noel*
                                                                             Franklin L. Noel
                                                                             United States Magistrate Judge