UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF Holdings LLC, | Civil Nos.   12-1445 (JNE/FLN) |
| | 12-1446 (JNE/FLN) |
| Plaintiff, | 12-1447 (JNE/FLN) |
| | 12-1448 (JNE/FLN) |
| | 12-1449 (JNE/FLN) |
| v. | **ORDER** |
| John Doe, | |
| Defendant. | |

**THIS MATTER** is before the undersigned on non-party Paul Duffy's pro se objections (ECF No. 19 for 12-CV-1445; ECF No. 18 for 12-CV-1446; ECF No. 25 for 12-CV-1447; ECF No. 18 for 12-CV-1448; and ECF No. 39 for 12-CV-1449) and letter to the Court. On July 16, 2013, the Court ordered an officer of Prenda Law, Inc. to appear at a case-management conference in three of the above-captioned cases: 12-CV-1445, 12-CV-1447, and 12-CV-1448.  The Court ordered Prenda Law, Inc. to appear because the confidential release and settlement agreement in those three cases required the John Doe defendant to write a check to that entity, Prenda Law, Inc.[1]

Paul Duffy filed a pro se objection to the order scheduling the case-management conferences. But the Court did not order Duffy to appear.  Although Duffy purports to be "the sole principle [sic] of Prenda Law, Inc.," he has not entered an appearance on behalf of the corporation.  A corporation cannot appear pro se; it must be represented by counsel.  *United States v. Van Stelton*, 988 F.2d 70, 70 (8th Cir. 1993).  Duffy is an attorney, but he has not been admitted to practice before this Court. He has not sought to be admitted *pro hac vice* or by special permission of the court.  *See* Local Rule

---

[1] The Court did not order an officer of Prenda Law, Inc. to appear in 12-CV-1446 or 12-CV-1449 because that entity was not mentioned in the declarations filed in those two cases.

83.5(a).

In light of the foregoing, it is **HEREBY ORDERED** that:

1. The Clerk of Court shall strike non-party Paul Duffy's pro se objections (ECF No. 19 for 12-CV-1445; ECF No. 18 for 12-CV-1446; ECF No. 25 for 12-CV-1447; ECF No. 18 for 12-CV-1448; and ECF No. 39 for 12-CV-1449) from the record.

2. Paul Duffy, as an officer of Prenda Law, Inc., may appear at the case-management conference by telephone. Duffy is responsible for making all of the necessary arrangements to appear by telephone.

3. To the extent Paul Duffy, as an officer of Prenda Law, Inc., seeks to postpone the case-management conferences, that request is denied.

DATED: August 2, 2013                  *s/ Franklin L. Noel*
                                                              FRANKLIN L. NOEL
                                                              United States Magistrate Judge