# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE - CHAMBERS 9W - Minneapolis

AF Holdings LLC,

          Plaintiff,

  v.

John Doe,

          Defendant.

**COURT MINUTES**
Case Number: 12-CV-1445 (JNE/FLN)

| | |
|---|---|
| Date: | August 5, 2013 |
| Court Reporter: | N/A |
| Time Commenced: | 11:30 a.m. |
| Time Concluded: | 11:45 a.m. |
| Time in Chambers: | 15  Minutes |

**Pretrial Conference before Franklin L. Noel, United States Magistrate Judge, at Minneapolis, Minnesota.**

## APPEARANCES:

Paul Hansmeier & Michael Dugas for the plaintiff AF Holdings LLC;
Mark Santi for the John Doe defendant;
Paul Godfread for Alan Cooper;
Mark Lutz, officer of the plaintiff AF Holdings LLC;
Paul Duffy, officer of Prenda Law, Inc. (by telephone);
The John Doe defendant

The participants discussed the status of this case and its potential future.  The participants shall notify the Court by the close of business on Friday, August 16, 2013 as to whether a future scheduling order will be required.


      *s/Franklin L. Noel*
      U. S. Magistrate Judge