**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| | CASE Nos. 12-cv-1446 (JNE/FLN) |
| Plaintiff, | CASE Nos. 12-cv-1447 (JNE/FLN) |
| | CASE Nos. 12-cv-1448 (JNE/FLN) |
| v. | CASE Nos. 12-cv-1449 (JNE/FLN) |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

**DECLARATION OF MARK LUTZ IN SUPPORT OF PLAINTIFF'S OBJECTION TO HONORABLE MAGISTRATE JUDGE FRANKLIN NOEL'S ORDER OF AUGUST 19, 2013**

I, Mark Lutz, declare as follows:

1. I am the Manager of Plaintiff AF Holdings LLC.

2. I fully support the withdrawal of attorney Michael Dugas as counsel for Plaintiff.

3. Attorney Paul Hansmeier will continue to represent Plaintiff AF Holdings LLC in this matter.

4. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

**DATED: September 2, 2013**   By:   /s/ Mark Lutz
                                         Mark Lutz