## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | Judge: Hon. Joan N. Ericksen |
| v. | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 72.2

Plaintiff's objection complies with LR 72.2(c)(3). The objection complies with the limits of LR 72.2(c)(1) and the type-size limit of LR 72.2(c)(2). The memorandum consists of 1,477 words (excluding this Certificate).

Respectfully submitted,

DATED: September 2, 2013

s/ Paul Hansmeier
Paul R. Hansmeier
Attorney for Plaintiff

Respectfully submitted,

DATED: September 2, 2013

s/ Michael K. Dugas
Michael K. Dugas