# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

AF Holdings LLC,

       Plaintiff,

v.                                             Civil No. 12-1445 (JNE/FLN)

John Doe,

       Defendant.

_____

AF Holdings, LLC,

       Plaintiff,

v.                                             Civil No. 13-mc-68 (PJS/TNL)

Rajesh Patel,

       Defendant.

---

## ORDER OF DIRECTION TO THE CLERK OF COURT
## FOR REASSIGNMENT OF RELATED CASE

      Case No. 12-1445JNE/FLN having been assigned to Judge Joan N. Ericksen and Magistrate Judge Franklin L. Noel and Case No. 13-mc-68 PJS/TNL having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Tony N. Leung, and said matters being related cases,

      **IT IS HEREBY ORDERED** that Case No. 13-mc-68 PJS/TNL be assigned to Judge Joan N. Ericksen and Magistrate Judge Franklin L. Noel, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system.  The Clerk of Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated: September 6, 2013        s/Joan N. Ericksen
                                JOAN N. ERICKSEN
                                United States District Judge


Dated: September 6, 2013        s/Patrick J. Schiltz
                                PATRICK J. SCHILTZ
                                United States District Judge