UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

**Exhibit Index**

| | |
|---|---|
| A | Copy of Affidavit of John Steele |
| B | Copy of Affidavit of Mark Lutz |
| C | Copy of Affidavit of Jason Flesher |
| D | Copy of Affidavit of Jacques Nazaire |
| E | Copy of Affidavit of Steven James Goodhue |
| F | Copy of December 21, 2012, Declaration of Brett Gibbs |
| G | Copy of April 11, 2013, Declaration of Brett Gibbs |

| | |
|---|---|
| H | Copy of Affidavit of Raymond Rogers |
| I | Copy of Affidavit of Brent Berry |

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Attorney for Plaintiff
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org
