IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| AF HOLDINGS, LLC | : | Case No.: 12-cv-1445 JNE-FLN |
| | : | Case No.: 12-cv-1446 JNE-FLN |
| Plaintiff, | : | Case No.: 12-cv-1447 JNE-FLN |
| | : | Case No.: 12-cv-1448 JNE-FLN |
| v. | : | Case No.: 12-cv-1449 JNE-FLN |
| | : | |
| John Doe, | : | |
| | : | |
| Defendant. | : | |

## THIRD PARTY ALAN COOPER'S MOTION TO INTERVENE

Pursuant to the Order by Magistrate Judge Noel entered on August 28, 2013 and Rule 24(a) of the Federal Rules of Civil Procedure, Alan Cooper moves to intervene in the above titled matters for the limited purpose of demonstrating that documents filed by Plaintiff in these cases bearing his name are forgeries. Cooper has an interest in the use or misuse of his name and signature and would be unfairly prejudiced if he could not testify, argue, and offer evidence relating to the use or misuse of his name.

Dated: September 20, 2013

By: s/ Paul Godfread
Paul Godfread (389316)
**GODFREAD LAW FIRM, P.C.**
100 South Fifth Street
Suite 1900
Minneapolis, MN 55402
Telephone: (612) 284-7325
paul@godfreadlaw.com