# EXHIBIT E

# Corporate Filings For VPR, Inc.



ROSS MILLER
Secretary of State
206 North Carson Street
Carson City, Nevada 89701-4299
(775) 684 5708
Website: www.nvsos.gov

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller Secretary of State State of Nevada | 20100841806-90 |
| | Filing Date and Time |
| | 11/09/2010 8:00 AM |
| | Entity Number |
| | E0540532010-2 |

# Articles of Incorporation
(PURSUANT TO NRS CHAPTER 78)

USE BLACK INK ONLY - DO NOT HIGHLIGHT                             ABOVE SPACE IS FOR OFFICE USE ONLY

**1. Name of Corporation:** VPR INC.

**2. Registered Agent for Service of Process:** (check only one box)
[ ] Commercial Registered Agent: Name
[X] Noncommercial Registered Agent (name and address below)   OR   [ ] Office or Position with Entity (name and address below)

Spiegel and Utrera, P.A.
Name of Noncommercial Registered Agent   OR   Name of Title of Office or Other Position with Entity

1785 East Sahara Ave., Suite 490     Las Vegas          Nevada  89104
Street Address                        City              Zip Code

                                      City              Nevada  Zip Code
Mailing Address (if different from street address)

**3. Authorized Stock:** (number of shares corporation is authorized to issue)
Number of shares with par value: 75,000     Par value per share: $ 1.00     Number of shares without par value:

**4. Names and Addresses of the Board of Directors/Trustees:** (each Director/Trustee must be a natural person at least 18 years of age; attach additional page if more than two directors/trustees)

1) Alan Cooper
   Name
   4532 East Villa Theresa Drive    Phoenix       AZ      85032
   Street Address                   City          State   Zip Code

2) 
   Name
   Street Address                   City          State   Zip Code

**5. Purpose:** (optional; see instructions)
The purpose of the corporation shall be:
to engage in the business of audio video productions

**6. Name, Address and Signature of Incorporator:** (attach additional page if more than one incorporator)

Elsie Sanchez                       X *signature*
Name                                Incorporator Signature
1785 East Sahara Ave., Suite 490    Las Vegas         NV    89104
Address                             City              State Zip Code

**7. Certificate of Acceptance of Appointment of Registered Agent:**
I hereby accept appointment as Registered Agent for the above named Entity.

X *signature*                                                       11/08/2010
Authorized Signature of Registered Agent or On Behalf of Registered Agent Entity   Date

This form must be accompanied by appropriate fees.                Nevada Secretary of State NRS 78 Articles
                                                                  Revised on 7-1-08

PDF processed with CutePDF evaluation edition www.CutePDF.com

# ARTICLES OF INCORPORATION

## OF

## VPR INC.

The undersigned subscriber to these Articles of Incorporation is a natural person competent to contract and hereby form a Corporation for profit under Chapter 78 of the Nevada Revised Statutes.

### ARTICLE 1 - NAME

The name of the Corporation is **VPR INC.**, (hereinafter, "Corporation").

### ARTICLE 2 - INITIAL AGENT FOR SERVICE OF PROCESS

The name of this Corporation's initial agent for service of process is Spiegel & Utrera, P.A. at 1785 East Sahara Avenue, Suite 490, Las Vegas, Nevada 89104.

### ARTICLE 3 - CORPORATE CAPITALIZATION

3.1   This Corporation is authorized to issue only one class of shares, which shall be designated "common" shares. The total number of such shares authorized to be issued is 75,000 shares. The par value is $1.00 per share.

3.2   All shares of common stock shall be identical with each other in every respect and the holders of common shares shall be entitled to have unlimited voting rights on all shares and be entitled to one vote for each share on all matters on which Shareholders have the right to vote.

3.3   No holder of shares of stock of any class shall have any preemptive right to subscribe to or purchase any additional shares of any class, or any bonds or convertible securities of any nature; provided, however, that the Board of Director(s) may, in authorizing the issuance of shares of stock of any class, confer any preemptive right that the Board of Director(s) may deem advisable in connection with such issuance.



SPIEGEL & UTRERA, P.A.
LAWYERS
www.amerilawyer®.com
1785 East Sahara Avenue, Suite 490, Las Vegas, NV 89104 - (702) 364-2200 - (888) 530-4500 - Facsimile (702) 485-2200

VPR INC.
Page 2

3.4 The Board of Director(s) of the Corporation may authorize the issuance from time to time of shares of its stock of any class, whether now or hereafter authorized, or securities convertible into shares of its stock of any class, whether now or hereafter authorized, for such consideration as the Board of Director(s) may deem advisable, subject to such restrictions or limitations, if any, as may be set forth in the Bylaws of the Corporation.

### ARTICLE 4 - DIRECTORS

4.1 Governing Board of Directors. The governing board of shall be styled "Board of Directors" and the first Board of Directors shall consist on one directors. Provided that the corporation has at least one director, the number of directors may at any time or times be increased or decreased to a maximum number of nine (9) as provided in the bylaws.

4.2 Initial number of Directors. The names and post office addresses of the members of the first Board of Directors are as follows:

Alan Cooper
4532 East Villa Theresa Drive
Phoenix, Arizona 85032

These individuals shall serve as directors until the first annual meeting of shareholders or until their successors are elected and qualified.

### ARTICLE 5 - PURPOSE OF CORPORATION

The Purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of Nevada other than the banking business, the trust company business, or the practice of a profession permitted to be incorporated by the Nevada Revised Statutes.

### ARTICLE 6 - INCORPORATOR

The name and post office address of the incorporator signing these Articles is as follows:

Elsie Sanchez
1785 East Sahara Avenue, Suite 490
Las Vegas, Nevada 89104



SPIEGEL & UTRERA, P.A.
LAWYERS
www.amerilawyer®.com
1785 East Sahara Avenue, Suite 490, Las Vegas, NV 89104 - (702) 364-2200 - (888) 530-4500 - Facsimile (702) 485-2200

VPR INC.
Page 3

## ARTICLE 7 - TERM OF EXISTENCE

This Corporation shall have perpetual existence.

## ARTICLE 8 - STATUTES NOT APPLICABLE

The provisions of Nevada Revised Statutes 78.378 through 78.3793, inclusive, regarding the voting of a controlling interest in stock of a Nevada Corporation and 78.411 through 78.444, inclusive, regarding combinations with interested stockholders, shall not be applicable to this Corporation.

## ARTICLE 9 - REGISTERED OWNER(S)

The Corporation, to the extent permitted by law, shall be entitled to treat the person in whose name any share or right is registered on the books of the Corporation as the owner thereof, for all purposes, and except as may be agreed in writing by the Corporation, the Corporation shall not be bound to recognize any equitable or other claim to, or interest in, such share or right on the part of any other person, whether or not the Corporation shall have notice thereof.

## ARTICLE 10 - AMENDMENT

The Corporation reserves the right to amend, alter, change or repeal any provision contained in these Articles of Incorporation, or in any amendment hereto, or to add any provision to these Articles of Incorporation or to any amendment hereto, in any manner now or hereafter prescribed or permitted by the provisions of any applicable statute of the State of Nevada, and all rights conferred upon Shareholders in these Articles of Incorporation or any amendment hereto are granted subject to this reservation.

## ARTICLE 11 - BYLAWS

Except as provided in Chapter 78 of the Nevada Revised Statutes, the Board of Director(s) of the Corporation shall have power, without the assent or vote of the Shareholders, to make, alter, amend or repeal the Bylaws of the Corporation, but the affirmative vote of a number of Directors equal to a majority of the number who would constitute a full Board of Director(s) at the time of such action shall be necessary for taking such action.



SPIEGEL & UTRERA, P.A.
LAWYERS
www.amerilawyer®.com
1785 EAST SAHARA AVENUE, SUITE 490, LAS VEGAS, NV 89104 - (702) 364-2200 - (888) 530-4500 - FACSIMILE (702) 485-2200

# (PROFIT) INITIAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:

FILE NUMBER

**VPR INC.**
NAME OF CORPORATION

FOR THE FILING PERIOD OF **NOVEMBER 2010** TO **NOVEMBER 2011**

**\*\*YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov\*\***

*100101*

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

[Registered agent address - partially illegible]

| Filed in the office of | Document Number |
|---|---|
| *signature* Ross Miller, Secretary of State, State of Nevada | 20100868226-35 |
| | Filing Date and Time |
| | 11/17/2010 8:09 AM |
| | Entity Number |
| | E0540532010-2 |

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

USE BLACK INK ONLY - DO NOT HIGHLIGHT

ABOVE SPACE IS FOR OFFICE USE ONLY

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

*IMPORTANT: Read instructions before completing and returning this form.*

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An Officer must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Initial list fee is $125.00. A $75.00 penalty must be added for failure to file this form by the last day of the first month following the incorporation/initial registration with this office.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for each additional copy generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the first month following the initial registration date. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include initial list and business license fees will result in rejection of filing.

INITIAL LIST FILING FEE: $125.00    LATE PENALTY: $75.00    BUSINESS LICENSE FEE: $200.00    LATE PENALTY: $100.00

**CHECK ONLY IF APPLICABLE**

☒ Pursuant to NRS, this entity is exempt from the business license fee.    Exemption code: **005**

☐ Month and year your State Business License expires: ___ 20___

☐ This corporation is a publicly traded corporation. The Central Index Key number is: ___

☐ This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**
- 001 - Governmental Entity
- 002 - 501(c) Nonprofit Entity
- 003 - Home-based Business
- 005 - Motion Picture Company

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | PRESIDENT (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DRIVE | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | SECRETARY (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DRIVE | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | TREASURER (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DRIVE | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | DIRECTOR |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DRIVE | PHOENIX | AZ | 85032 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X *signature*
**Signature of Officer**

Title: **PRESIDENT**    Date: *illegible*

Nevada Secretary of State Initial List Profit
Revised: 8-28-09

**(PROFIT) ANNUAL LIST OF OFFICERS, DIRECTORS AND REGISTERED AGENT AND STATE BUSINESS LICENSE APPLICATION OF:**

FILE NUMBER

VPR INC.   E0540532010-2
NAME OF CORPORATION

FOR THE FILING PERIOD OF   11/2011   TO   11/2012

**YOU MAY FILE THIS FORM ONLINE AT www.nvsos.gov**

The entity's duly appointed registered agent in the State of Nevada upon whom process can be served is:

SPIEGEL & UTRERA, P.A.
1785 EAST SAHARA AVENUE, SUITE 490
LAS VEGAS, NV 89104

A FORM TO CHANGE REGISTERED AGENT INFORMATION IS FOUND AT: www.nvsos.gov

*110101*

Filed in the office of
Ross Miller
Secretary of State
State of Nevada

Document Number: 20120252442-44
Filing Date and Time: 04/10/2012 7:08 PM
Entity Number: E0540532010-2

(This document was filed electronically.)

ABOVE SPACE IS FOR OFFICE USE ONLY

USE BLACK INK ONLY - DO NOT HIGHLIGHT

☐ Return one file stamped copy. (If filing not accompanied by order instructions, file stamped copy will be sent to registered agent.)

**IMPORTANT:** Read instructions before completing and returning this form.

1. Print or type names and addresses, either residence or business, for all officers and directors. A President, Secretary, Treasurer, or equivalent of and all Directors must be named. There must be at least one director. An **Officer** must sign the form. *FORM WILL BE RETURNED IF UNSIGNED.*
2. If there are additional officers, attach a list of them to this form.
3. Return the complete form with the filing fee. Annual list fee is based upon the current total authorized stock as explained in the Annual List Fee Schedule For Profit Corporations. A $75.00 penalty must be added for failure to file this form by the deadline. An annual list received more than 90 days before its due date shall be deemed an amended list for the previous year.
4. State business license fee is $200.00. Effective 2/1/2010, $100.00 must be added for failure to file form by deadline.
5. Make your check payable to the Secretary of State.
6. **Ordering Copies:** If requested above, one file stamped copy will be returned at no additional charge. To receive a certified copy, enclose an additional $30.00 per certification. A copy fee of $2.00 per page is required for **each additional copy** generated when ordering 2 or more file stamped or certified copies. Appropriate instructions must accompany your order.
7. Return the completed form to: Secretary of State, 202 North Carson Street, Carson City, Nevada 89701-4201, (775) 684-5708.
8. Form must be in the possession of the Secretary of State on or before the last day of the month in which it is due. (Postmark date is not accepted as receipt date.) Forms received after due date will be returned for additional fees and penalties. Failure to include annual list and business license fees will result in rejection of filing.

**CHECK ONLY IF APPLICABLE**

☐ Pursuant to NRS, this corporation is exempt from the business license fee. Exemption code: _____

☐ Month and year your State Business License expires: ___ 20___

☐ This corporation is a publicly traded corporation. The Central Index Key number is: _____

☐ This publicly traded corporation is not required to have a Central Index Key number.

**Section 7(2) Exemption Codes**
001 - Governmental Entity
002 - 501(c) Nonprofit Entity
003 - Home-based Business
004 - Natural Person with 4 or less rental dwelling units
005 - Motion Picture Company
006 - NRS 680B.020 Insurance Co.

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | PRESIDENT (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DR | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | SECRETARY (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DR | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | TREASURER (OR EQUIVALENT OF) |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DR | PHOENIX | AZ | 85032 |

| NAME | TITLE(S) |
|---|---|
| ALAN COOPER | DIRECTOR |
| ADDRESS | CITY | STATE | ZIP CODE |
| 4532 EAST VILLA THERESA DR | PHOENIX | AZ | 85032 |

I declare, to the best of my knowledge under penalty of perjury, that the above mentioned entity has complied with the provisions of sections 6 to 18 of AB 146 of the 2009 session of the Nevada Legislature and acknowledge that pursuant to NRS 239.330, it is a category C felony to knowingly offer any false or forged instrument for filing in the Office of the Secretary of State.

X  ALAN COOPER

**Signature of Officer**

Title: MEMBER
Date: 4/10/2012 7:06:37 PM

Nevada Secretary of State Annual List Profit
Revised: 8-5-09