# EXHIBIT F

# Audio Recording of "Alan Cooper" Phone Call to GoDaddy, Inc. on 11/29/2012