IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| AF HOLDINGS, LLC | : | Case No.: 12-cv-1445 JNE-FLN |
|---|---|---|
| | : | Case No.: 12-cv-1446 JNE-FLN |
| Plaintiff, | : | Case No.: 12-cv-1447 JNE-FLN |
| | : | Case No.: 12-cv-1448 JNE-FLN |
| v. | : | Case No.: 12-cv-1449 JNE-FLN |
| | : | |
| John Doe, | : | |
| | : | |
| Defendant. | : | |

### Notice Of Hearing On Motion

Please take notice, that pursuant to the Order by Magistrate Judge Noel entered on August 28, 2013 and Rule 24(a) of the Federal Rules of Civil Procedure, Alan Cooper will move to intervene in the above titled matters. That motion will be heard in conjunction with the Evidentiary Hearing scheduled for 9:30am on September 30, 2013 in Courtroom 9W or as soon as afterwards as the motion may be heard.

Dated: September 20, 2013       By: s/  Paul Godfread
                                Paul Godfread (389316)
                                **GODFREAD LAW FIRM, P.C.**
                                100 South Fifth Street
                                Suite 1900
                                Minneapolis, MN 55402
                                Telephone:  (612) 284-7325
                                paul@godfreadlaw.com