UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Holdings, LLC,  Civil 12-cv-1445 JNE/FLN

    Plaintiff,

    v.  O R D E R

John Doe et al,

    Defendants.

_____

A Motion to Intervene [ECF #44] and a Notice of Hearing on Motion [ECF #47] was filed by Alan Cooper on September 20, 2013.  In August, the Court granted Cooper's request to file a motion to intervene and ordered him to file it forthwith. [ECF #36]  Cooper waited nearly a month before filing his motion.  Cooper's Notice of Hearing on Motion states that the motion to intervene will be heard in conjunction with the Evidentiary Hearing scheduled for 9:30 a.m. on September 30, 2013, before the undersigned.  If there is opposition to the motion, there is not enough time under the Local Rules of this court to permit the motion to be heard on September 30.*

If no objection to the motion to intervene is filed by Friday, September 27, 2013, the motion to intervene will be granted.   If an objection is filed, a hearing on the motion will be held on October 21, 2013 at 9:30 a.m. in Courtroom 9W of the Minneapolis Courthouse, 300 South Fourth Street, Minneapolis, Minnesota. In any event, regardless of whether the Court has ruled on the intervention motion, as stated in the Court's order dated August 28, 2013 [ECF #36], Mr. Cooper is still ordered to appear in person at the evidentiary hearing to be held on September 30,

2013 at 9:30 a.m.


DATED: September 23, 2013             <u>s/Franklin L. Noel</u>
                                      FRANKLIN L. NOEL
                                      United States Magistrate Judge



*Local Rule 7.1 (b)(1) requires that non-dispositive motions be filed at least 14 days before any hearing on the motion.