UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

**PLAINTIFF AF HOLDINGS LLC'S WITNESS LIST AND EXHIBIT LIST SEPTEMBER 30, 2013 EVIDENTIARY HEARING**

Plaintiff AF Holdings LLC respectfully submits the following witness list and exhibit list in anticipation of the forthcoming September 30, 2013 hearing.

Plaintiff reserves the right to call the following witnesses:

1. Alan Cooper
2. Paul Godfread
3. John Steele
4. Brent Berry
5. Jason Flesher
6. Cory Eken
7. Mark Lutz
8. Peter Hansmeier

Plaintiff reserves the right to introduce the following exhibits:

1. "Sexual Obsession" assignment
2. "Popular Demand" assignment
3. Affidavit of Raymond Rogers dated January 8, 2013
4. Complaint, *Alan Cooper v. John Lawrence Steele et al*
5. Affidavit of Alan Cooper dated December 3, 2012
6. Letter of Paul Godfread dated November 29, 2012
7. Declaration of Morgan Pietz re: Fees and Costs and exhibits thereto
8. Declaration of Timothy Halloran and exhibits thereto

9. Affidavit of Peter Hansmeier
10. Affidavit of Alan Mooney
11. Transcript, March 11, 2013, show cause hearing

                                              Respectfully Submitted,

September 26, 2013

                                              <u>s/ Paul Hansmeier</u>
                                              Paul Hansmeier
                                              Bar Number 387795
                                              Attorney for Plaintiff
                                              Class Justice PLLC
                                              100 South Fifth Street, Suite 1900
                                              Minneapolis, MN 55402
                                              Telephone: (612) 234-5744
                                              mail@classjustice.org