# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

AF Holdings, LLC.,

**COURT MINUTES**
BEFORE: Franklin L. Noel
U.S. Magistrate Judge, Courtroom 9W
Minneapolis

Plaintiff,

v.

John Doe(s).

| Civil Case No.: | 12-1445 (JNE/FLN) |
|---|---|
| | 12-1446 (JNE/FLN) |
| | 12-1447 (JNE/FLN) |
| | 12-1448 (JNE/FLN) |
| | 12-1449 (JNE/FLN) |

Defendant(s).

| Date: | September 30, 2013 |
|---|---|
| Court Reporter: | Lori Simpson |
| Time Commenced: | 9:33 a.m. |
| Time Concluded: | 11:53 a.m. |
| Time Commenced: | 1:20 p.m. |
| Time Concluded: | 1:30 p.m. |
| Time in Court: | 2 hours and 30 minutes |

APPEARANCES:

For Plaintiff :    Paul Hansmeier
For Defendants: N/A
Third Party Witness: Alan Cooper
For Third Party Witness: Paul Godfread

Evidence presented by Plaintiff in response to the Court's August 28, 2013 order [ECF No. 36] was taken under advisement. Plaintiff's request to file a declaration explaining the absence of Mark Lutz was **GRANTED** at the hearing. Such a declaration shall be filed no later than 5 p.m. Tuesday, October 1, 2013.

☒ ORDER TO BE ISSUED      ☐ NO ORDER TO BE ISSUED      ☐ R&R TO BE ISSUED      ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court      ☐ Exhibits returned to counsel

  s/KCS
Signature of Law Clerk