# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| v. | |
| JOHN DOE, | Judge: Hon. Joan N. Ericksen |
| Defendant. | Magistrate Judge: Hon. Franklin L. Noel |

## NOTICE OF HEARING

Plaintiff's Motion for Leave to Supplement the Record Relating to the September 30, 2013, Evidentiary Hearing will be heard on November 12, 2013 at 10:00 a.m. before the Honorable Magistrate Judge Franklin L. Noel, U.S. Magistrate Judge, in Courtroom 9W, 300 South Fourth Street, 202 U.S. Courthouse, Minneapolis, Minnesota 55414.

Respectfully submitted,

DATED: October 4, 2013

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Attorney for Plaintiff
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

1