Exhibit A

Affidavit of Kimberly Echenrode

## Affadavit of Kimberly Eckenrode

I, Kimberly Eckenrode, testify under penalty of perjury the following:

1. I am over 18 years of age and am a resident of Pennsylvania.

2. My son in law is John Steele and I have known John since 2006.

3. I met John Steele's friend named Alan Cooper during a trip my husband and I took to John's cabin in early July 2012.

4. While driving from John's cabin to our home in Pennsylvania, my husband explained to me that Alan had spoken to him while we were at John's cabin.

5. According to my husband, the conversation centered around Alan's involvement with John's clients. According to my husband, Alan spoke about cases in which his signature was on various documents.

6. From time to time I would visit various websites such as www.dietrolldie.com and www.fightcopyrighttrolls.com ("websites"). These websites host articles from anonymous people complaining about John and other attorneys who pursued people caught stealing copyrighted movies.

7. I asked John on at least one occasion about some of the claims people were making. John denied having any ownership interest in a law firm named Prenda Law, or any of Prenda's clients.

8. I have never seen any document or any evidence whatsoever that John had any ownership in either Prenda Law or AF Holdings other than the anonymous posts I read on the websites listed above. In summary, the only time I have ever seen any allegation, or heard anyone claim that John has any ownership in either Prenda Law or its clients was on the websites.

9. On one occasion, I saw an article on one of the above websites showing pictures of the home where John and his family lived. This was very disturbing to me. I asked the people running the website to please take that information off their website because I was afraid for my family's safety. On another occasion, the websites had posted a picture of my daughter and had posts slandering her. I was disturbed and hurt by the disrespect shown my family and communicated such. I also asked that to be removed.

10. On or about November 15, 2012 Alan called and spoke to my husband about a deer he had shot on John's property the week before. My husband told Alan that I read a recent article in one of the above-mentioned websites and noticed that the name Alan Cooper was used in conjunction with a company called AF Holdings. Alan asked me to send what I had seen on those websites to him, and I did.

11. I have no basis to believe that John owned Prenda Law or any of its clients. I have no basis to believe that John created any sham companies.

12. I have never accused John directly of forging anyone's name. I have never been a part of John's business dealings

and would have absolutely no way of knowing about John's work other than through John himself or by reading the above mentioned websites.

13. On September 30, 2013, I learned that Alan had testified before the Honorable Judge Noel in Minnesota that I had sent Alan a text for the purpose of notifying Alan that his name was being used in connection with adult content companies. This is not accurate. I sent the text to notify Alan that I had discovered a document online signed 'Alan Cooper', and to ask if he thought it could possibly be the one he had discussed with my husband when we were in Minnesota. Alan indicated "That's me" and "not my signature."

14. I have no basis to believe any of the allegations that I forwarded on to Alan are true.

I declare that to the best of my knowledge that the above statements are true and correct.

*Kimberly Eckenrode*
Kimberly Eckenrode

State of Pennsylvania
County of
On this      day of October 2013, before me personally executed the foregoing instrument and he/she acknowledged to me that he/she executed the same.

*Cindy R. McCoy*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cindy R. McCoy, Notary Public
Bingham Twp., Potter County
My Commission Expires Dec. 27, 2014