# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| AF Holdings, LLC., | **COURT MINUTES** |
| Plaintiff, | BEFORE: Franklin L. Noel |
| v. | U.S. Magistrate Judge, Courtroom 9W |
| John Doe(s), | Minneapolis |
| Defendant(s). | |

| | |
|---|---|
| Civil Case Nos.: | 12-1445 (JNE/FLN) |
| | 12-1446 (JNE/FLN) |
| | 12-1447 (JNE/FLN) |
| | 12-1448 (JNE/FLN) |
| | 12-1449 (JNE/FLN) *and* |
| | 13-mc-68 (JNE/FLN) |
| Date: | October 21, 2013 |
| Court Reporter: | Tim Willette |
| Time Commenced: | 9:40 a.m. |
| Time Concluded: | 10:10 a.m. |
| Time in Court: | 30 minutes |

AF Holdings, LLC.,

        Plaintiff,

v.

Rajesh Patel,

        Defendant.

APPEARANCES:

For Plaintiff :   Paul Hansmeier (on behalf of AF Holdings in Doe cases; representing himself in 13-mc-68)
For Defendants: N/A for Does; Paul Godfread on behalf of Alan Cooper in 12-cv-1445–49 and for Rajesh Patel in 13-mc-68.

Alan Cooper's motion to intervene [#44, Case Nos. 12-cv-1445–49] and Patel's motion to compel and for contempt [#1, Case No. 13-mc-68] were taken under advisement.

☒ ORDER TO BE ISSUED     ☐ NO ORDER TO BE ISSUED     ☐ R&R TO BE ISSUED     ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court     ☐ Exhibits returned to counsel

                                                                   s/KCS
                                                              Signature of Law Clerk