UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| | Judge: Hon. Joan N. Ericksen |
| v. | |
| | Magistrate Judge: Hon. Franklin L. Noel |
| JOHN DOE, | |
| Defendant. | |

**PLAINTIFF'S MOTION TO DISQUALIFY THE MAGISTRATE JUDGE**

**PLEASE TAKE NOTICE** that Plaintiff AF Holdings LLC will move the Magistrate Judge for an order disqualifying himself from this proceeding.

WHEREFORE, the Movant requests this Magistrate Judge enter an order disqualifying himself from this proceeding.

Respectfully submitted,

DATED: October 24, 2013

s/ Paul Hansmeier
Paul Hansmeier
Bar Number 387795
Attorney for Plaintiff
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org

1