UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC, | CASE Nos. 12-cv-1445 (JNE/FLN) |
| Plaintiff, | |
| v. | Judge: Hon. Joan N. Ericksen |
| JOHN DOE, | Magistrate Judge: Hon. Franklin L. Noel |
| Defendant. | |

## DECLARATION OF PAUL HANSMEIER IN RESPONSE TO COURT'S ORDER GRANTING LEAVE TO FILE

I, Paul Hansmeier, declare as follows:

1. Attached hereto as Exhibit A is a true and correct copy of an e-mail sent on October 11, 2013, purporting to be issued by the Federal Bar Association at the University of Minnesota Law School

2. Attached hereto as Exhibit B is a true and correct excerpt from the October 14, 2013, University of Minnesota Law Council Digest.

This Declaration is submitted pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2013

                                                                              s/ Paul Hansmeier
                                                                              Paul Hansmeier