# Exhibit A

---------- Forwarded message ----------
From: **uofmfba** <uofmfba@gmail.com>
Date: Fri, Oct 11, 2013 at 2:35 PM
Subject: Upcoming FBA Event & 1L Representative Election
To: UofM FBA <UofMFBA@gmail.com>


Dear FBA Members,

We want to make you aware that our first event of the year will take place on Wednesday, October 23, 2013 over the lunch hour. Our guest speaker will be Magistrate Judge Franklin L. Noel. He will be discussing "copyright trolls" and some recent cases on that issue, which have come up before him and have generated some notoriety due to bad behavior of the plaintiff's lawyers (recent University of Minnesota Law School graduates). Please look for more details concerning this event in the coming days.

Also, we will discuss the process for selecting a 1L Representative for our student chapter of the Federal Bar Association at the time of the event. We will email more information about that process between now and our first event. So start planning now to attend our first event, hear about some interesting copyright cases, and consider a few cautionary tales for future lawyers.

--
Sincerely,

FBA Board
Federal Bar Association at the University of Minnesota Law School
UofMFBA@gmail.com