# Exhibit B

Federal Bar Association at the University of Minnesota Law

Federal Bar Association at the University of Minnesota Law School Presents:

"Bit Torrent Plaintiffs; Copyright Enforcers or Copyright Trolls"

The Federal Bar Association will be hosting Magistrate Judge Franklin L. Noel (District of Minnesota) on Wednesday, October 23, 2013 from 12:15 p.m. - 1:15 p.m. (subplaza - room TBD) at the law school. Magistrate Judge Noel will discuss the genesis of copyright litigation arising out of the bit torrent technology. He will then move into specific examples of the cases which he has been involved in, where the plaintiff buys up the copyright to pornographic content. Then these principles learn the IP address of computers which accessed the content, sue the individual, and use the Federal Rules of Civil Procedure to subpoena local ISP's to learn the identity of the individual who has accessed the material. Upon learning the identity of this person, the lawyers send a letter offering to settle the litigation for a sum of money between $3,000 and $5,000. Most of these individuals are more than willing to pay $3,000-$5,000 to avoid public exposure. The individuals believed to be behind this scheme are graduates of the University of Minnesota Law School. Please join the FBA and Magistrate Judge Noel for a discussion on this legal phenomenon, enjoy some free pizza, and observe a few cautionary tales along the way.

Please contact the FBA with any questions at: UofMFBA@gmail.com