UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>JOHN DOE<br><br>*Defendant*. | Case No. 12-cv-1445 (JNE/FLN) |

**PLAINTIFFS' EXPEDITED MOTION FOR A STAY**

On November 6, 2013, the Magistrate Judge issued an order imposing sanctions on Plaintiff. Plaintiff respectfully requests a stay of the Magistrate Judge's Order pending its appeal of the order to this Court. In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law, as well as the briefing submitted with respect to the motion to dismiss for lack of subject matter jurisdiction.

Respectfully submitted,

DATED: November 12, 2013

<u>s/ Paul Hansmeier</u>
Paul Hansmeier
Bar Number 387795
Class Justice PLLC
100 South Fifth Street, Suite 1900
Minneapolis, MN 55402
Telephone: (612) 234-5744
mail@classjustice.org
*Attorney for Plaintiff AF Holdings LLC*